1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9  Edwin A Groover,                                    No. CV-20-00107-TUC-LAB

10              Plaintiff,                             **ORDER**

11  v.

12  Douglas Ducey, et al.,

13              Defendants.

14

15      This order has been prepared for the signature of the designee of the Chief United

16  States District Judge pursuant to General Order 18-20.

17      On March 3, 2020, the plaintiff commenced the pending action by filing a

18  complaint in this court.  (Doc. 1.) On April 3, 2020, the defendants Pima County and the

19  Honorable Chris T. Holguin filed a motion to dismiss for failure to state a claim.  (Doc.

20  7) The plaintiff filed a response on April 13, 2020 in which he moves that the court

21  dismiss his complaint without prejudice.  (Doc. 8.) The plaintiff explains that he has been

22  experiencing transportation difficulties due to the corona virus pandemic.  (Doc. 8.) In

23  their reply, the defendants argue that the dismissal should be with prejudice because the

24  plaintiff failed to state a claim upon which relief may be granted.  (Doc. 9.) The Court

25  construes the plaintiff's response (Doc. 8) as a motion to dismiss pursuant to

26  Fed.R.Civ.P. 41(a)(1).

27      Excepting special circumstances not present here, Rule 41(a)(1)(A) provides that

28  "the plaintiff may dismiss an action without a court order by filing . . .  a notice of

dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed.R.Civ.P. "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed.R.Civ.P. 41(a)(1)(B).

None of the defendants has filed either an answer or a motion for summary judgment. The defendants Pima County and the Honorable Chris T. Holguin filed a motion to dismiss for failure to state a claim, but that motion does not contain matter outside of the pleadings and cannot qualify as a motion for summary judgment pursuant to Rule 12(d). (Doc. 7.) Accordingly,

IT IS ORDERED that the Clerk is instructed to treat the plaintiff's filing at Doc. 8 as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A). Dismissal is without prejudice. The Clerk is instructed to close this case.

Dated this 23rd day of April, 2020.

Honorable Raner C. Collins
Senior United States District Judge